# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TITUS LEE PEDRAZA,<br><br>Defendant. | MJ 23-25    -GF-JTJ<br><br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Complaint and Affidavit filed herein, are SEALED. IT IS FURTHER ORDERED that this case is unsealed upon the Defendant's initial appearance.

DATED this 17th day of February, 2023.

_____
John Johnston
United States Magistrate Judge

1